USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERESA HUDSON WILLIAMS,

                Plaintiff,

-v-

TIME WARNER INC., *et al.*,

                Defendants.

No. 09 Civ. 2962 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is receipt of Plaintiff's letter dated August 7, 2009, advising the Court that she does not intend to amend her complaint at this time, as well as Defendants' letter dated August 10, 2009, setting forth a proposed briefing schedule for their motion to dismiss. Accordingly, IT IS HEREBY ORDERED that:

    No later than August 21, 2009, Defendants shall file their motion to dismiss.

    No later than September 18, 2009, Plaintiff shall file her opposition.

    No later than October 2, 2009, Defendants shall file their reply.

SO ORDERED

Dated:    August 10, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE